**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1393**

---

RODNEY J. BROWNLOW,

Plaintiff - Appellant,

versus

COMPUTER ASSOCIATES INTERNATIONAL, INCORPORATED,

Defendant - Appellee,

and

JAMES BEAUPRE; JOHN MEEHAN; JAMES RUSSELL;
JERRE STEAD; PASQUALE PAPE,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge; Albert V. Bryan, Jr., Senior District Judge. (CA-95-1020-A)

---

Argued: March 5, 1997                    Decided: April 17, 1997

---

Before LUTTIG and WILLIAMS, Circuit Judges, and GOODWIN, United States District Judge for the Southern District of West Virginia, sitting by designation.

---

Affirmed by unpublished per curiam opinion.

---

**ARGUED:** Lenore Dorian Dick, Reston, Virginia, for Appellant. Jeffrey George Huvelle, COVINGTON & BURLING, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Brownlow, who was terminated as an employee of Computer Associates, appeals an order of the district court granting judgment as a matter of law to Computer Associates on his claims of racial discrimination in assigning salary levels, hostile work environment, and retaliatory discharge in violation of 42 U.S.C. § 1981 and 42 U.S.C. § 2000e et seq. (Title VII). See Fed. R. Civ. P. 50(a)(1). After consideration of the parties' briefs, the record, and the oral arguments of counsel, we conclude that the district court correctly granted judgment as a matter of law to Computer Associates on each of Brownlow's claims. Accordingly, we affirm on the reasoning of the district court. See Brownlow v. Computer Assocs. Int'l, Inc., No. 96-1393 (E.D. Va. Feb. 28, 1996).

AFFIRMED